**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00455-CV

**JOHN LEONARD MARKL AND DEBRA KAY MARKL, Appellants**

**V.**

**ETHEL MAUDETTE LEAKE, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-15-0126**

## ORDER

We **GRANT** appellee's June 4, 2015 unopposed first motion for extension of time to file brief and **ORDER** the brief tendered to the Clerk of the Court on June 3, 2015 filed as of the date of this order.

/s/     CRAIG STODDART
JUSTICE